981 F.2d 1251
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
In Re: KINGSPORT-FIRSTCORP; Bob E. Bailes & Associates, A
Partnership; Firstcorp, Incorporated, Through Partner Bob
E. Bailes; Deltatitle Company, Through Bob E. Bailes,
Trustee & A Partner; The Equity Security Holders, Through
Bob E. Bailes As A Partner in the Partnership; Data Title
Company, A Partnership, Through Bob E. Bailes, A Partner;
Robert Eugene Bailes, as a Secured Creditor; as President
of Kingsport-Firstcorp; as a Leasee from
Kingsport-Firstcorp; as Chief Executive Officer; as Equity
Security Holder; as an Unsecured Creditor; as an Employee;
as a Member of the Board of Directors; as an employee
who's wage deductions have not been paid; as a Stock
Holder; as Appointed Trustee by the Board of Trustees; as
Attorney-In-Fact for Kingsport-Firstcorp; as a lein holder
with a confessed judgment note; as a sub-lessee from
Firstcorp who leased from Kingsport-Firstcorp; as plaintiff
in several cases dealing with assets of Kingsport-Firstcorp;
as defendant in actions dealing with Kingsport-Firstcorp;
as and in all of the above capacities where Court and Clerk
of the Bankruptcy Court refused to file my pleadings as an
American citizen where I was denied access to the Bankruptcy
Court and to the District court and to the Court of Appeals;
as an individual that was denied due process, equal
protection of the law all during the case; as an individual
that wrote letters and filed pleadings where Judge Krumm and
the Clerk refused to file my papers, Appellants.
 No. 92-1880.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: November 30, 1992
Decided: December 15, 1992
 
 Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, District Judge. (MISC-92-29-R)
 Robert Eugene Bailes, Appellant Pro Se.
 W.D.Va.
 Affirmed.
 Before WILKINS and NIEMEYER, Circuit Judges, and CHAPMAN, Senior Circuit Judge.
 OPINION
 PER CURIAM:
 
 
 1
 Bob E. Bailes appeals from the district court's order dismissing his appeal from the bankruptcy court and denying his motion for reconsideration pursuant to Fed. R. Civ. P. 60(b). Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. In Re: Kingsport-Firstcorp, No. MISC-92-29-R (W.D. Va. June 1, 1992). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED